UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 18-40157 |
| Plaintiff, | MOTION TO SEAL |
| vs. | |
| CHRISTOPHER A. HOSHAW; and<br>ALL AROUND SPORTS, LLC, | |
| Defendants. | |

The United States of America, by and through Assistant United States Attorney Jeremy R. Jehangiri, hereby moves this Court for an order sealing the Factual Basis Statement to protect the confidentiality of ongoing investigations, to protect the identities of witnesses, to protect the identities of those who may be suspects, and to protect the families of those who may be suspects and those who may be cooperating.

Dated this 12th day of December, 2018.

RONALD A. PARSONS, JR.
United States Attorney

Jeremy R. Jehangiri
Assistant United States Attorney
P.O. Box 2638
Sioux Falls, SD 57101-2651
Telephone: (605)357-2353
Facsimile: (605)330-4410
E-Mail: jeremy.jehangiri@usdoj.gov